United States Court of Appeals
Fifth Circuit

**F I L E D**

February 23, 2006

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-40474
Summary Calendar

IN THE MATTER OF:  MARGARET FRATILA,
C/O MARGARET'S GREENHOUSE & EUROPEAN
FLORAL DESIGN, M.G. & E.D., L.L.C.,

Debtor,

MARGARET FRATILA, C/O MARGARET'S
GREENHOUSE & EUROPEAN FLORAL DESIGN,
M.G. & E.D., L.L.C.,

Appellant,

versus

MIKE BOUDLOCHE, TRUSTEE,

Appellee.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
(2:04-CV-503)
--------------------

Before KING, WIENER, and DeMOSS, Circuit Judges

PER CURIAM:[*]

Appellant Margaret Fratila is a Bankruptcy Chapter 7 debtor
who appeals the Bankruptcy Court's refusal to remove the bankruptcy
trustee, based on Fratila's dissatisfaction with various specified

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

acts of the trustee.  On appeal to the district court, the ruling of the Bankruptcy Court was affirmed.  We too affirm.

Our careful review of the record on appeal, including the briefs of the parties, and our analysis of the full and legally correct opinion of the district court on appeal of the Bankruptcy Court's decision, convinces us beyond cavil that the acts of the trustee complained of by Fratila were consistent with or required by law or were taken pursuant to the Bankruptcy Court's orders. Inasmuch as the district court correctly disposed of the debtor's complaints against the trustee, and well and fully explained the reasons for so doing, no useful purpose would be served by our reiterating the facts and applicable law.  Rather, for the reasons set forth in the careful and complete opinion of the district court, the rulings of the Bankruptcy Court from which the debtor appeals are

AFFIRMED.